# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Darla Evelyn Walker**
    Plaintiff(s)
  vs.                                 **CASE NUMBER: 5:20-cv-1085 (TWD)**

**Commissioner of Social Security**
    Defendant(s)

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED that the decision of the Commissioner is REVERSED AND REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for proceedings consistent with this Decision and Order.

All of the above pursuant to the order of the Honorable Therese Wiley Dancks, dated the 14th day of December, 2021.

DATED: December 14, 2021

*[signature]*
Clerk of Court

    s/Kathy Rogers
    Deputy Clerk